STATE OF MISSOURI at the relation of PITCAIRN ET AL., Relators, v. HOPKINS B. SHAIN, EWING C. BLAND and ROBERT M. REYNOLDS, as Judges of the Kansas City Court of Appeals.

STATE OF MISSOURI at the relation of PITCAIRN ET AL., Relators, v. HOPKINS B. SHAIN, EWING C. BLAND and ROBERT M. REYNOLDS, as Judges of the Kansas City Court of Appeals.

STATE OF MISSOURI at the relation of ORSCHELN BROTHERS TRUCK LINES, INC., a Corporation, Relator, v. HOPKINS B. SHAIN, EWING C. BLAND and ROBERT M. REYNOLDS, as Judges of the Kansas City Court of Appeals.—106 S. W. (2d) 901.

Court en Banc, June 5, 1937.

*N. S. Brown, Joseph H. Miller, R. W. Hedrick* and *Frank E. Atwood* for relators.

*James P. Boyd* and *Daniel C. Rogers* for respondents.

FRANK, J.—The parties in each of the above causes have stipulated that each of said causes shall be determined by the judgment and decree rendered in cause No. 35,389, pending in this court. [341 Mo. 19, 106 S. W. (2d) 898.] Pursuant to stipulation of the parties and on the authority of the opinion and judgment rendered in said cause No. 35,389 concurrently herewith, the alternative writ of mandamus heretofore issued in each of the above-captioned causes is made peremptory. All concur.